IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Sean R. Orth,

    Plaintiff,　　　　　　　　　　　3:15-cv-00207-HDM-VPC

  vs.　　　　　　　　　　　　　　　ORDER

Warden, HDSP, *et al.*,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria M. Navarro for reassignment.

    Dated this 15th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE